United States District Court
Southern District of Texas
ENTERED

OCT 2 6 2009

Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-08-351 |
| | § | |
| 0.26 ACRES OF LAND, more or less, situated | § | |
| in CAMERON COUNTY, STATE OF | § | |
| TEXAS; and ELOISA G. TAMEZ, ET AL., | § | |
|     Defendants. | § | |

## ORDER

On October 23, 2009, Defendant Tamez filed an opposed motion to modify the scheduling order in this case (Docket No. 55). The motion is GRANTED. Experts must be designated and their reports exchanged on or before November 27, 2009, and rebuttal experts must be designated and their reports exchanged on or before December 31, 2009. All other deadlines and dates remain unchanged and are listed below.

| | |
|---|---|
| Discovery deadline: | January 15, 2010 |
| Dispositive motions deadline: | January 15, 2010 |
| Non-dispositive motions deadline: | February 12, 2010 |
| Joint pre-trial order deadline: | February 12, 2010 |
| Final pre-trial conference: | March 30, 2010 |
| Jury Selection: | April 1, 2010. |

Signed this the 26th day of October, 2009.

Andrew S. Hanen
United States District Judge